IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:02CR3050 |
| vs. | |
| ERIC M. BEHRENS, | RELEASE ORDER |
| Defendant. | |

After much consideration, Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 1:00 p.m. on August 29, 2017

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

June 27, 2017

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge